UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES SMALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:16 CV 69 CDP |
| | ) | |
| DEAN MINOR, | ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORANDUM AND ORDER**

Plaintiff seeks to reopen this case that he voluntarily dismissed on December 6, 2016 instead of complying with this Court's Order of November 18, 2016 to pay the initial filing fee. Plaintiff is a frequent litigator in this Court and has either moved for dismissal or simply failed to comply with numerous Orders requiring the payment of filing fees in many of those cases, including two previous cases before me. *Smalley v. Lombardi, et al*., Case Nos. 4:12CV2024 CDP and 4:14CV386 CDP. Plaintiff's current motion indicates no intention of complying with the Order to pay the initial filing fee and simply reiterates the same arguments made in his prior cases. These arguments do not provide sufficient cause to reopen this action or excuse plaintiff from paying the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that motion to reopen case [9] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of September, 2017.